**FILED**
CLERK, U.S. DISTRICT COURT

FEB 19 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS OMAR LOPEZ QUINTERO,<br>JUAN ALONSO HERNANDEZ ENRIQUE,<br><br>Defendants. | ED CR No. **5:25-CR-00037-SSS**<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 659: Possession of Goods Stolen from Interstate Shipment; 18 U.S.C. § 549: Removing Goods from Customs Custody; 8 U.S.C. §§ 1326(a): Alien Found in the United States Following Deportation] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 659, 2(a)]

[ALL DEFENDANTS]

On or about January 28, 2025, in San Bernardino County, within the Central District of California, defendants JESUS OMAR LOPEZ QUINTERO and JUAN ALONSO HERNANDEZ ENRIQUE, each aiding and abetting the other and others known and unknown to the Grand Jury, knowingly had in their possession goods and chattels of a value in excess of $1,000, that is, tools valued at approximately $16,307.28, which had

been embezzled and stolen from BNSF train SLBTCL0128A while moving in interstate commerce from California to Tennessee, knowing that said goods and chattels had been embezzled and stolen.

COUNT TWO

[18 U.S.C. §§ 549, 2(a)]

[ALL DEFENDANTS]

On or about January 28, 2025, in San Bernardino County, within the Central District of California, defendants JESUS OMAR LOPEZ QUINTERO and JUAN ALONSO HERNANDEZ ENRIQUE, each aiding and abetting the other and others known and unknown to the Grand Jury, willfully and without authority did remove and break customs seal No. CN0268090, theretofore placed upon car No. SLBTCL0128A of the BNSF Railroad, containing merchandise and baggage in customs custody.

COUNT THREE

[8 U.S.C. § 1326(a)]

[DEFENDANT LOPEZ QUINTERO]

On or about January 28, 2025, defendant JESUS OMAR LOPEZ QUINTERO, an alien, who had been officially deported and removed from the United States on or about April 17, 2013, May 31, 2013, February 27, 2020, June 28, 2022, and April 12, 2024, was found in San Bernardino County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or the Secretary of Homeland Security, to reapply for admission to the United States following deportation and removal.

4

COUNT FOUR

[8 U.S.C. § 1326(a)]

[DEFENDANT HERNANDEZ ENRIQUE]

On or about January 28, 2025, defendant JUAN ALONSO HERNANDEZ ENRIQUE, an alien, who had been officially deported and removed from the United States on or about November 28, 2022, and December 25, 2022, was found in San Bernardino County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or the Secretary of Homeland Security, to

//

//

5

reapply for admission to the United States following deportation and removal.

                                        A TRUE BILL


                                        /S/
                                        Foreperson

JOSEPH T. MCNALLY
Acting United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

*Frances S. Lewis*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes
Section

SOPHIA A. CARRILLO
Assistant United States Attorney
General Crimes Section

6