# Exhibit A



# BNSF Railway Police Department

**BACKGROUND:**

Over the past fifteen years, an organized transnational criminal syndicate has been burglarizing Burlington Northern Santa Fe (BNSF) Railway trains throughout the Southwest United States. This syndicate consists primarily of Mexican citizens from Sinaloa who operate out of Los Angeles, with connections throughout California, Arizona, and New Mexico. Train burglaries have increased in frequency over the past several years. The suspects target high value loads, particularly electronics and clothing. They often target trains with visible high-security locks and use reciprocating saws, bolt-cutters, or similar tools to cut through the locks.

The suspects often cut a train braking system air hose, which causes the train to go into an emergency stop (commonly referred to as "UDE"; undesired emergency), which is a sudden and dramatic application of all the brakes on the train. By cutting an air hose, the suspects control when and where the train is stopped. This act is very dangerous and can cause a train to derail, which could ultimately cause serious injury or death to BNSF employees or citizens.

The suspects often sabotage the train signal system by cutting the locks off signal boxes and then by cutting the control wires inside. This is a dangerous act of crime that creates dark areas on the rail network, requiring non-traditional train dispatching functions and extensive repairs. High-value trains travel at speeds up to 60 MPH on multiple tracks in both east and west direction. The train crews and train dispatchers rely on the signals for safe transportation.

The suspects are not limited to stopping trains by cutting air hoses or by cutting signal wires. They may also burglarize trains on the move and/or follow trains in chase vehicles and burglarize trains wherever they stop. The suspects also use vehicles to haul products away after it has been removed from a trailer/container(s). Typically, a van, box truck, or SUV is used by suspects to haul the product. The suspects often hide the product in fields or brush adjacent to the railroad tracks to conceal it until it can be picked up later. Millions of dollars in product/merchandise are stolen every year and the amount has increased significantly since 2021. Most of the stolen commodities are illegally sold to buyers in the Los Angeles area. Profits from the buying and selling of this stolen product funds additional train burglaries and drug-related criminal activity.

While intermodal containers loaded with cargo are in the possession of the BNSF for interstate rail shipment, BNSF is the full owner of the cargo/product/goods, and BNSF is fully financially responsible for each shipment. Anytime an intermodal container in the possession of the BNSF is burglarized and the cargo inside is stolen, the BNSF is permanently deprived of the full monetary value of the cargo, and BNSF is responsible for making full payment to the shipper for the cost of the stolen goods. BNSF is self-insured, and payment is made for the goods solely by BNSF. Cargo theft has notable downstream costs that exceed the value of the goods stolen. Both the manufacturing company and the retailers must pay an extra amount to cover the losses incurred by shipment companies, such as railroads. Rates for shipments can and do increase to cover the losses incurred, and additional costs will be passed to the retailers (shippers) who will pass them to their customers. These continued cargo thefts from trains in the greater Los Angeles area cause the prices for goods to increase, and the extra amount that each consumer must pay to purchase the product accounts for the loss caused by cargo theft.

**BNSF Railway Police Department**      Ryan Lenhart      P: 323-833-0022
**2500 Lou Menk Dr**      Assistant Chief of Police      E: ryan.lenhart@bnsf.com
**Fort Worth, TX 7613**      Special Investigations